| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br><br>Telephone No: 718-412-2421 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff(s) | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>In The United States District Court For The District Of Colorado | | |
| Plaintiff(s): Jeffrey Barlow, et al.<br>Defendant: Knew Conscious Collective, Inc., et al. | | |

| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV03554SKCSBP |
|---|---|---|---|---|

1. I, Patrick Owen, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Knew Conscious Collective, Inc. as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Magistrate Judge Consent Form; Notice of Case Assignment; Order Referring Case to Magistrate Judge.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 11/24/25 | 10:00am | Business | This building is vacant and there is a for lease sign out front. Attempt made by: Patrick Owen. Attempt at: 2350 Lawrence Street Denver, CO 80205. |
| Wed | 11/26/25 | 2:00pm | Business | Returned Not Served on: Knew Conscious Collective, Inc. Business - 2350 Lawrence Street Denver, CO 80205 |

3. *Person Executing*
   a. Patrick Owen
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. *The Fee* for service was:
   e. *I am:* (3) Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of Colorado and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Dec. 01, 2025

   _____
   (Patrick Owen)

**Affidavit of Reasonable Diligence**

co46.289157