| Attorney or Party without Attorney: <br> Emanuel Kataev, Esq. <br> Sage Legal LLC <br> 18211 Jamaica Avenue <br> Jamaica, NY 11423 <br><br> Telephone No: 718-412-2421 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff(s) | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> In The United States District Court For The District Of Colorado | | |
| Plaintiff(s): Jeffrey Barlow, et al. <br> Defendant: Knew Conscious Collective, Inc., et al. | | |

| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 25CV03554SKCSBP |
|---|---|---|---|---|

1. I, Patrick Owen, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Leah Hagemann as follows:

2. Documents: Summons in a Civil Action; Complaint; Civil Cover Sheet; Magistrate Judge Consent Form; Notice of Case Assignment; Order Referring Case to Magistrate Judge.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 11/24/25 | 10:00am | Business | This building is vacant and there is a for lease sign out front. Attempt made by: Patrick Owen. Attempt at: 2350 Lawrence Street Denver, CO 80205. |
| Wed | 11/26/25 | 2:00pm | Business | Returned Not Served on: Leah Hagemann Business - 2350 Lawrence Street Denver, CO 80205 |

3. Person Executing
   a. Patrick Owen
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. The Fee for service was:
   e. I am:  (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of Colorado and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Dec. 01, 2025

   (Patrick Owen)

**Affidavit of Reasonable Diligence**

co46.289158