IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JEFFREY BARLOW, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KNEW CONSCIOUS COLLECTIVE INC. AND LEAH HAGEMANN,<br><br>Defendants. | **Case No.: 1:25-cv-3554 (SKC) (SBP)**<br><br>**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO COMPLETE SERVICE WITH INCORPORATED MEMORANDUM OF LAW** |

Plaintiffs, by and through their undersigned counsel, respectfully moves the Court pursuant to Rule 4 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") for an Order extending Plaintiffs' deadline to complete service by sixty (60) days.

Because Plaintiffs have been diligent in attempting to serve Defendants, Plaintiffs respectfully submit that there is sufficient good cause for this Court to exercise its discretion in favor of extending their deadline to serve the Defendants by sixty (60) days.

Rule 6 provides that the deadline to perform any act in accordance with the Rules prior to the time it is due may be extended for good cause. See Fed. R. Civ. P. 6(b)(1)(A). Here, Plaintiffs previously diligently sought to serve Defendants with a process server.

However, despite diligent attempts to serve the Defendants, Plaintiffs have been unsuccessful in doing so. See ECF Docket Entry 5. Plaintiffs seek a final opportunity to serve Defendants and, barring same, will seek to serve Defendants by alternative means by filing a separate motion. Critically, Defendants were previously represented by counsel in connection with an unemployment hearing brought by Plaintiff against Defendants. Plaintiff has requested that Defendants' counsel accept service of the complaint in this case, and Defendants' counsel unreasonably refused, which will necessitate motion practice absent proper service of process.

1

Based on the foregoing circumstances, there exists sufficient good cause for an extension of time to serve the Defendants. For these reasons, Plaintiffs respectfully request a sixty (60) day extension of time to serve the Defendants.

Plaintiffs thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
February 4, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

_/s/ Emanuel Kataev, Esq.___
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Jeffrey Barlow*
*and all others similarly situated*