**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| JEFFREY BARLOW, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KNEW CONSCIOUS COLLECTIVE INC. AND LEAH HAGEMANN,<br><br>Defendants. | **Case No.: 1:25-cv-3554 (SKC) (SP)**<br><br>**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE ON <u>DEFENDANTS</u>** |

Emanuel Kataev, Esq., an attorney admitted to practice law in this United States District Court, hereby declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury as follows:

1) I am the attorney handling this matter from its inception and as such, am familiar with the facts and circumstances of this action by virtue of a review of the file maintained in this office.

2) I make this Declaration in support of Plaintiff's Motion for Substituted Service on Defendants Knew Conscious Collective Inc. and Leah Hagemann (collectively hereinafter the "Defendants"), pursuant to Rule 4 of the Federal Rule of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and Rule 4 of the Colorado Rules of Civil Procedure ("CRCP").

3) On November 6, 2025, Plaintiff commenced this case by filing Summonses and a Complaint against Defendants. <u>See</u> ECF Docket Entries 1, 1-2, and 1-3.

4) On November 24, 2025 my firm hired a process server to serve Defendants at 2350 Lawrence Street Denver, CO 80205. <u>See</u> ECF Docket Entries 5 and 6.

5) Following attempts on November 24, 2026 and November 26, 2026, the process server informed us that their attempts were unsuccessful. <u>Id.</u>

6)      On December 1, 2025, my firm also sought for Defendants to waive service by and through their counsel; however, Defendants' counsel refused on the grounds that the corporate defendant has shut down. See Exhibit A.

7)      Critically, the Defendants saw fit to retain counsel notwithstanding they were shut down to challenge Plaintiff's unemployment application, which they lost.

8)      Defendants are aware of the complaint at issue but are evading service.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and information.

RESPECTFULLY SUBMITTED this 3rd day of April 2026.

**SAGE LEGAL LLC**

 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Jeffrey Barlow*
*and all others similarly situated*

2