# EXHIBIT A

4/3/26, 2:15 PM                                Sent Items - Mia Kristensen - Outlook

 Outlook

---

## RE: Request for Acceptance of Service - Barlow, Jeffrey v. Knew Conscious Collective Inc., et al, Case No.: 1:25-cv-03554

---

**From** Greg Creer <greg@creerlawoffice.com>

**Date** Mon 2025-12-01 05:31 PM

**To**    Mia Kristensen <mkristensen@sagelegal.nyc>

**Cc**    Victoria Trevor <vtrevor@sagelegal.nyc>; Alivia Cooney <alivia@sagelegal.nyc>; Irina Iakovleva
          <iiakovleva@consumerattorneys.com>; Emanuel Kataev <emanuel@sagelegal.nyc>

---

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

---

I am unable to accept service of the complaint and summons. Knew Conscious Collective Inc. is completely insolvent at this point and has not been in operation for some time.

Sincerely,

**Greg Creer, LLM**
*Creer Law LLC*
**4600 S Syracuse St, Suite 900**
**Denver, Colorado 80237**
**Direct: 303.514.3436**
**www.creerlawoffice.com**

**\*Business, Real Estate, Tax, and Wills & Trusts\***

---

**From:** Mia Kristensen <mkristensen@sagelegal.nyc>
**Sent:** Monday, December 1, 2025 10:02 AM
**To:** Greg Creer <greg@creerlawoffice.com>
**Cc:** Victoria Trevor <vtrevor@sagelegal.nyc>; Alivia Cooney <alivia@sagelegal.nyc>; Irina Iakovleva <iiakovleva@consumerattorneys.com>; Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Request for Acceptance of Service - Barlow, Jeffrey v. Knew Conscious Collective Inc., et al, Case No.: 1:25-cv-03554

Good afternoon,

I hope this email finds you well. My name is Mia Kristensen and I am assisting Emanuel Kataev.  Please be advised that we have filed the complaint in the above mentioned case.

Would you or your client be willing to accept service of the complaint and summons?  I will provide the documents promptly upon your confirmation.

Thank you, and I look forward to your response.

Sincerely,



# Mia Kristensen, Legal Assistant

✉ mkristensen@sagelegal.nyc

📞 (718) 301-6334

📍 1411 Broadway, 29th Floor
New York, NY 10018-1976

📍 45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

📍 1515 Old Northern Boulevard
Roslyn, NY 11576-1127

📍 18211 Jamaica Avenue
Jamaica, NY 11423-2327

📍 173 54th Street
Brooklyn, NY 11220-2505

📍 1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

📍 162 Broadway, 2nd Floor
Amityville, NY 11701-2704

📍 6829 Main Street,
Flushing, NY 11367

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.