| Attorney or Party without Attorney:<br>Emanuel  Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br><br>Telephone No: 718-412-2421<br><br>Attorney for: Plaintiff(s) | | For Court Use Only |
|---|---|---|
| | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br> In The United States District Court For The District Of Colorado | | |
| Plaintiff(s): Jeffrey Barlow<br>Defendant: Knew Conscious Collective Inc., et al. | | |

| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV03554SKC |
|---|---|---|---|---|

1. I, Patrick  Owen, and any employee or independent contractors retained by Class Action Research & Litigation  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Leah  Hagemann as follows:

2. *Documents:*     Summons in a Civil Action; Complaint;  Civil Cover Sheet; Magistrate Judge Consent Form; Notice of Case Assignment; Order Referring Case to Magistrate Judge.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 05/30/26 | 11:20am | Home | No answer at the door of the unit. Attempt made by: Patrick  Owen. Attempt at: 1153 Portland Place, Apt 2   Boulder, CO 80304. |
| Thu | 06/04/26 | 6:12pm | Home | No answer at the door of the unit. Attempt made by: Patrick  Owen. Attempt at: 1153 Portland Place, Apt 2   Boulder, CO 80304. |

3. *Person Executing*
   a. Patrick  Owen
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   **d. The Fee**  *for service was:*
   *e. I am:*    (3)  Not a Registered California Process Server

4. **I declare under penalty of perjury under the laws of the State of Colorado and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Tue, Jun. 09, 2026

   **(Patrick  Owen)**                co46.299651

**Affidavit of Reasonable Diligence**