| *Attorney or Party without Attorney:* Emanuel  Kataev, Esq. Sage Legal LLC 18211 Jamaica Avenue Jamaica, NY  11423 |  | *For Court Use Only* |
|---|---|---|
| *Telephone No:* 718-412-2421 | *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff(s) | | |
| *Insert name of Court, and Judicial District and Branch Court:* In The United States District Court For The District Of Colorado | | |
| *Plaintiff(s):* Jeffrey Barlow | | |
| *Defendant:* Knew Conscious Collective Inc., et al. | | |

| **Affidavit of Reasonable Diligence** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 25CV03554SKC |
|---|---|---|---|---|

1. I, Janis  Dingman, and any employee or independent contractors retained by Class Action Research & Litigation  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Knew Conscious Collective, Inc. as follows:

2. *Documents:*    Summons in a Civil Action; Complaint;  Civil Cover Sheet; Magistrate Judge Consent Form; Notice of Case Assignment; Order Referring Case to Magistrate Judge.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 06/01/26 | 10:25am | Home | The CO Secretary of State does not accept service on behalf of registered CO entities. Attempt made by: Patrick  Owen. Attempt at: 1153 Portland Place, Apt 2 Boulder, CO 80304. |
| Mon | 06/08/26 | 11:00am | Home | Returned Not Served on:   Knew Conscious Collective, Inc. Home - 1153 Portland Place, Apt 2 Boulder, CO 80304 |

3.  *Person Executing*
   a. Janis  Dingman
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

h □ ***The Fee***  *for service was:*
/ □ *I am:*    (3)
    □  Owner
    *(ii)  Registration No.:*        15-009
    *(iii)  County:*                    Placer
    *(iv)  Expiration Date:*        Fri, Jul. 09, 2027

4. *I declare under penalty of perjury under the laws of the State of Colorado and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Jun. 09, 2026

*Janis Dingman*
_____
**(Janis  Dingman)**

co46.299650

**Affidavit of Reasonable Diligence**