**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

JEFFREY BARLOW, on behalf of himself and all others similarly situated,

Plaintiff,

v.

KNEW CONSCIOUS COLLECTIVE INC. AND LEAH HAGEMANN,

Defendants.

**Case No.: 1:25-cv-3554 (SKC) (SP)**

**[Proposed] ORDER FOR SUBSTITUTE
SERVICE ON DEFENDANTS**

Having reviewed the Plaintiff's Motion for Substitute Service pursuant to to Rule 4 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and Rule 4 of the Colorado Rule of Civil Procedure (hereinafter referred to as the "Colorado Rules" or "Colorado Rule"), and related submissions, the Court hereby **ORDERS** that service upon Defendants Knew Conscious Collective Inc. and Leah Hagemann (collectively hereinafter "Defendants"), be deemed complete upon the effectuation of the following:

1. Emailing a copy of the summons and complaint to Defendants' last known email addresses greg@creerlawoffice.com.

2. Mailing a copy of the summons and complaint to Defendants at the above addresses at which service was attempted:  2350 Lawrence Street Denver, CO 80205

3. Via Publication, pursuant to Colorado Rule 4(g), if also found warranted by the court. If this is a desired method, Plaintiff would submit a Notice of Service to be published by the Denver Post, that would include "the sum of money or other relief demanded" as required by Colorado Rule 4(c).

1

4. Alternative service, pursuant to Rule 4(e)(1) and Rule 4(f) of the Colorado Rules, by means reasonably calculated to provide Defendant with actual notice of this action, including service by text message, or such other method as the Court deems just and proper.

If this is a desired method, Plaintiff would submit a Notice of Service to be published by the Denver Post, that would include "the sum of money or other relief demanded" as required by C.R.C.P.

Plaintiff's counsel shall file a certificate of service toward that end on or before _____, 2026.

The deadline for service pursuant to FRCP 4 is also extended accordingly.

SO ORDERED this _____ day of _____, _____.


_____
SUSAN PROSE
UNITED STATES MAGISTRATE JUDGE

2