## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03554-SKC

JEFFREY BARLOW, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

KNEW CONSCIOUS COLLECTIVE INC., a dissolved Colorado nonprofit corporation, and
LEAH HAGEMANN,

     Defendants.

---

### DECLARATION OF LEAH HAGEMANN
### (Pursuant to 28 U.S.C. § 1746)

---

I, Leah Hagemann, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.  My name is Leah Hagemann.

2.  I am over the age of eighteen and competent to make this Declaration.

3.  I submit this Declaration based upon my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

4.  I served as a director of Knew Conscious Collective Inc. ("Knew Conscious").

5.  Knew Conscious was organized and operated as a Colorado nonprofit corporation.

6.  Knew Conscious functioned as a local social club and community-oriented organization.

7.  During its operation, Knew Conscious conducted its activities exclusively within Denver, Colorado.

8.  Although I served as a director, my role was limited. I was not responsible for day-to-day personnel management and did not have responsibility for employee scheduling, hiring decisions, termination decisions, payroll administration, wage-setting, maintenance of payroll records, or routine supervision of workers.

9.  To my knowledge, I did not exercise control over compensation practices, employee pay policies, or employment records.

10. During its operation, Knew Conscious generally conducted activities approximately two days per week, typically Friday and Saturday evenings, totaling approximately eight to twelve operating hours per week.

11. Knew Conscious did not maintain offices outside Colorado.

12. Knew Conscious did not operate locations outside Colorado.

13. Knew Conscious's events and activities were conducted in Denver, Colorado.

14. Knew Conscious did not market itself as a multi-state or national organization.

15. To my knowledge, Knew Conscious did not regularly conduct operations outside Colorado.

16. Knew Conscious is no longer operating.

17. To my knowledge, Knew Conscious has dissolved and ceased operations.

18. I do not presently possess or control most of Knew Conscious's historical business and financial records and do not have complete access to those records.

19. Based upon my familiarity with Knew Conscious's operations and my understanding of financial information available to me during its operation, I understand that Knew Conscious's approximate gross revenue for calendar year 2024 was approximately $200,081.

20. Based upon the information available to me, I do not believe Knew Conscious's gross revenue for 2024 exceeded $500,000.

21. To the best of my knowledge and based upon the information available to me, Plaintiff's allegation that Knew Conscious exceeded $500,000 in annual gross revenue is incorrect.

22. I make this Declaration in support of Defendants' Motion to Dismiss and/or for such other relief as the Court deems appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 20th_, 2026.

_Leah Hagemann_

Leah Hagemann