| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| Emanuel  Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br>*Telephone No:* 718-412-2421 | | |
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| In The United States District Court For The District Of Colorado |

*Plaintiff(s):* Jeffrey Barlow

*Defendant:* Knew Conscious Collective Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV03554SKC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint;  Civil Cover Sheet; Magistrate Judge Consent Form; Notice of Case Assignment; Order Referring Case to Magistrate Judge

3.  a. *Party served:*         Knew Conscious Collective, Inc.
     b. *Person served:*       Leah Hagemann, Agent, Caucasian, Female, 40 Years Old, Black Hair, Brown Eyes, 5 Feet 5 Inches, 100 Pounds

4.  *Address where the party was served:*       1153 Portland Place, Apt 2
                                                 Boulder, CO  80304

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 09, 2026 (2) at: 1:58PM

7. *Person Who Served Papers:*                          *Fee for Service:*
    a. Patrick  Owen
    b. **Class Action Research & Litigation**
       P O Box 740
       Penryn, CA  95663
    c. (916) 663-2562, FAX (916) 663-4955

8.  *I declare under penalty of perjury under the laws of the State of COLORADO and under the laws of the United States Of America that the foregoing is true and correct.*

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

(Patrick  Owen)

*emkat.299650*
