**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03554-SKC-SBP

JEFFREY BARLOW, on behalf of himself and all others similarly situated,

Plaintiff,

v.

KNEW CONSCIOUS COLLECTIVE INC., a dissolved Colorado nonprofit corporation, and LEAH HAGEMANN, an individual,

Defendants.

---

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE AND STATEMENT OF NON-OPPOSITION TO CONSOLIDATION**

---

Defendants Knew Conscious Collective Inc. ("Knew Conscious") and Leah Hagemann ("Hagemann"), by and through counsel, submit this Response to the Court's October 23, 2026 Order to Show Cause concerning consolidation of this action with McBee v. Knew Conscious Collective Inc., Civil Action No. 1:26-cv-00375. Defendants support consolidation under Federal Rule of Civil Procedure 42(a) and respectfully submit that no cause exists to prevent consolidation, at a minimum for discovery.

## 1. COMMON QUESTIONS OF LAW AND FACT.

Both actions name the same Defendants and involve substantially overlapping questions concerning Knew Conscious's operations, financial records, wage and payroll practices, coverage under the Fair Labor Standards Act, and Hagemann's alleged authority over employment matters. The claims also concern overlapping periods and witnesses. Rule 42(a) requires common questions of law or fact, not identical claims or damages.

**2. EFFICIENCY AND PROCEDURAL POSTURE.**

Consolidation would reduce duplicative document production, depositions, discovery disputes, and potentially inconsistent rulings. Both cases remain at an early stage, with motions to dismiss pending. Defendants request that those motions remain pending for separate determination on their respective merits.

**3. INDIVIDUAL ISSUES DO NOT PRECLUDE CONSOLIDATION.**

Differences in Plaintiffs' duties, compensation, and asserted claims do not defeat consolidation for discovery and pretrial proceedings. Nor does consolidation resolve whether any collective or class treatment is appropriate. To the extent a joint trial could cause confusion or prejudice, the Court may reserve that determination and order separate trials under Rule 42(b).

WHEREFORE, Defendants respectfully request that the Court consolidate the Barlow and McBee actions for discovery and other pretrial proceedings, including coordinated dispositive-motion practice as appropriate, preserve the pending motions to dismiss for separate determination, reserve any decision regarding a joint trial, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

**CREER LAW LLC**

By: /s/ Gregory R. Creer

Gregory R. Creer

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2026, I electronically filed the foregoing DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE AND STATEMENT OF NON-OPPOSITION TO CONSOLIDATION using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record registered to receive electronic notice in this action.

Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423
Email: emanuel@sagelegal.nyc

/s Gregory R. Creer